NELSON LONG et ux., appellees, v. ADOLPH ECKERMANN, appellant.

No. 49424.

(Reported in 92 N.W.2d 145)

SEPTEMBER 16, 1958.

Hall & McCarthy, of Davenport, for appellant.

Filseth & Schroeder, of Davenport, for appellees.

PER CURIAM—The members of the court taking part in the decision of this case being evenly divided for affirmance and for reversal, the case is Affirmed by Operation of Law.